No. 77–1783. American National Bank v. Equal Employment Opportunity Commission. C. A. 4th Cir. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition. ▉▉▉▉▉▉▉

No. 77–1620. First National Bank & Trust Company in Alton, Executor v. Berke, Receiver. C. A. 7th Cir. Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this petition. ▉▉▉▉▉▉

No. 77–1758. Association of Professional Flight Attendants v. Airline Stewards & Stewardesses Association, Local 550, TWU, AFL–CIO, et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this petition. ▉▉▉▉▉▉

No. 78–10. Charles O. Finley & Co., Inc. v. Kuhn, Commissioner of Baseball, et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this petition. ▉▉▉▉▉▉

No. 78–148. Kaiser Aluminum & Chemical Corp. et al. v. Columbia Metal Culvert Co., Inc. C. A. 3d Cir. Certiorari denied. Mr. Justice Stevens took no part in the consideration or decision of this petition. ▉▉▉▉▉▉

No. 77–6460. Frazier v. Weatherholtz, Sheriff; and
No. 77–6528. Dooley v. Sheffer, Penitentiary Superintendent, et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Brennan and Mr. Justice Marshall would grant certiorari. Reported below: 572 F. 2d 994.